FRANCES S. SAYLES *vs.* MAINE CENTRAL RAILROAD COMPANY.

Cumberland County. Decided December 2, 1912. This is an action on the case to recover for personal injuries received by falling on the steps of one of the defendant's cars from which she was alighting on the fourth day of September, 1909. The jury returned a verdict for the plaintiff for $3500 and the defendant filed a general motion for a new trial. Motion sustained; verdict set aside; new trial granted. *Edwin Stone and Ford White,* for plaintiff. *N. & H. B. Cleaves, Stephen C. Perry and White & Carter,* for defendant.